EXHIBIT A

**MCM Midland Credit Management**
350 Camino De La Reina
Suite 100
San Diego, CA 92108

04-10-2019

Rockshana M Desances
P38T1507 001

| | |
|---|---|
| Original Creditor | Barclays Bank Delaware |
| Original Account Number | |
| MCM Account Number | |
| Current Balance | $785.15 |
| Current Owner | Midland Funding LLC |

You are pre-approved for a 40% discount!
Call (800) 321-3809

### Choose The Option That Works For You.

RE Barclays Bank Delaware    Sears Kmart Select

Dear Rockshana,

Congratulations! You have been **pre-approved** for a discount program designed to save you money. Act now to maximize your savings and put this debt behind you by calling (800) 321-3809. Pay online today at MCMPay.com.

**Option 1: 40% OFF**
Payment Due Date: 05-10-2019
You Pay Only
$471.09

**Option 2: 20% OFF**
First Payment Due Date: 05-10-2019
6 Monthly Payments of Only
$104.69

**Option 3: Monthly Payments As Low As:**
† Call today to discuss your options and get more details.
$50 per month†

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

### Benefits of Paying!

➢ Save up to $314.06

➢ Offer Expiration date: 05-10-2019

**CALL US TODAY!**
**(800) 321-3809**

Sincerely,

*Tim Bolin*
Tim Bolin, Division Manager

The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it. If you do not pay the debt, we may continue to report it to the credit reporting agencies as unpaid.

We are not obligated to renew any offers provided.

Hours of Operation
Sun-Th: 5am-9pm PT;
Fri-Sat: 5am-4:30pm PT;

 **(800) 321-3809**     MCMPay.com     Midland Credit Management, Inc
P.O. Box 51319
Los Angeles, CA 90051-5619

PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION